# United States Bankruptcy Court
## Northern District of California

In re  **Robert Alan Edwards**  
Debtor(s)

Case No.  
Chapter  **13**

# CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of **4** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **January 4, 2013**

**/s/ David P. Gardner**  
Signature of Attorney  
**David P. Gardner 123787**  
**Law Offices of David P. Gardner**  
**755 Baywood Drive**  
**2nd Floor**  
**Petaluma, CA 94954**  
**707-658-4460  Fax: 707-658-4461**

2,920.00
699 5th Stret
Sonoma, CA 95476


AT&T
PO Box 515188
Los Angeles, CA 90051


Care Credit/GECRB
PO BX 965033
Orlando, FL 32896


Carlos & Jessica Edwards
2021 Mahan Ave SPc E3
Richland, WA 99354


Carlos & Jessica Edwards
2021 Mahan Ave, Spec E3
Richland, WA 99354


Carlos & Jessica Edwards
2021 Mahand Ave SPC E3
Richland, WA 99354


Carlos & Jessica Edwards
2021 Mahan Ave Spc Ee
Richland, WA 99354


Carlos & Jesssica Edwards
2021 Mahan Ave Spc E3
Richland, WA 99354

Carlos and Jessica Edwards
2021 Mahan Spec E3
Richland, WA 99354


Carlos and Jessica Edwards
2021 Mahan Ave Spc E3
Richland, WA 99354


Charter Communications
po box 60188
los angeles, CA 90060


Citi card
PO BX 6077
Sioux Falls, SD 57117


Discount Tire/GECRB
PO BX 960061
Orlando, FL 32896


Discover
PO BX 29033
Phoenix, AZ 85038


GECRB/Amazon
PO BX 9600013
Orlando, FL 32896


HSBC Retail Service
PO Box 60504
City of Industry, CA 91716

Jad Elkhoury DDS, MS
248 Perkins
Sonoma, CA 95476




Jessica Edwards
2021 Mahan Ave Spc E3
Richland, WA 99354




KAISER FOUNDATION HEALTH PLAN, INC,
F LE 50016
LOS ANGELES,, CA 90074




Linda White
963 55th Street
Oakland, CA 94608




Mor Furniture for Less Wells Fargo
800 Walnut Street
Des Moines, ID 50309




PenFed Thrifity Credit Svc
PO BX1432
Alexandria, VA 22313




Pentagon Federal Credit Union
PO BX 247080
Omaha, NE 68124




Pentagon Federal Savings
PO Bx 320610
Alexandria, VA 22320

SYNERGY MEDICAL GROUP
2323 Bethards Drive, Ste A
Santa Rosa, CA 95404


Verizon Wireless
PO BX 4005
Acworth, GA 30101